PROB 12B
(7/93)

Report Date: November 4, 2010

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 08 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: John Joseph Ryan          Case Number: 2:05CR02039-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 1/19/2006          Type of Supervision: Supervised Release

Original Offense: Receipt & Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(1)

Date Supervision Commenced: 8/23/2010

Original Sentence: Prison - 63 Months; TSR - 36 Months

Date Supervision Expires: 8/22/2013

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

27   You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

28   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

29   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

## CAUSE

Mr. Ryan disclosed that he had been intoxicated the night before his arrest on the instant offense. He described a history of consuming alcohol to excess. He drank a "beer" at a wedding shortly after his release from custody. In an effort to determine if Mr. Ryan has a problem with substance, it is recommended he complete a chemical dependence evaluation and successfully complete all recommended treatment.

Prob 12B
**Re: Ryan, John Joseph**
**November 4, 2010**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/4/10

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

November 5, 2010
Date